UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Iannucc**i,

                              Plaintiffs,

          -against-

**Harman International Industries, Inc.,**
                              Defendant.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 2/17/2026 __
```

**ORDER RE STATUS CONFERENCE**

*7:25-cv-4394 KMK-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

          A Status Conference (via telephone) is hereby scheduled for **March 17, 2026 at 10:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties should be prepared to discuss the following:

          (1) a brief summary of claims, defenses, and relevant issues;
          (2) the basis of subject matter jurisdiction;
          (3) the subjects on which discovery may be needed;
          (4) any anticipated discovery disputes or sought-after limitations on discovery;
          (5) any plans for electronic discovery and ESI protocols;
          (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
          (7) any anticipated motions; and
          (8) the prospects and timing for early settlement or resolution.


          **SO ORDERED.**

DATED:      White Plains, New York
                 February 17, 2026

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge